**FARAH et, Plaintiffs-Appellees, v. CALLEN, State Fire
Marshal et, Defendants-Appellants.**

Ohio Appeals, Second District, Franklin County.

No. 4565. Decided September 21, 1951.

Russell G. Mock, Youngstown, for plaintiffs-appellees.
C. William O'Neill, Atty. Genl., Thomas R. Lloyd, Asst. Atty.
Genl., Columbus, for defendants-appellants.

### OPINION

By THE COURT.

This is an appeal on questions of law from a decree of the
Common Pleas Court reversing an order of the State Fire
Marshal directing the appellee to tear down and remove
certain buildings from the premises of the appellees because
said order was arbitrary, unreasonable and an abuse of dis-
cretion. The order further provided that the defendants-
appellees in the Common Pleas Court, appellants here, grant
to the plaintiffs-appellants, appellees here, a reasonable length
of time to make repairs to the buildings in question in com-
pliance with the defects found by the State Fire Marshal.

Three errors are assigned, all of which are based upon the
claim that the order of the Common Pleas Court is not sup-
ported by the facts and the law, and that the court erred in
holding that the Fire Marshal had abused his discretion in
making the order from which the appeal was taken to the
Common Pleas Court.

Upon an examination of the record it is our judgment that
the Common Pleas Court acted within its authority in the
light of the procedure set forth in **Farrand v. State Medical**

Board, **151 Oh St 222,** and that the errors assigned here are not established.

We affirm the judgment on the opinion of Judge Clifford in the Common Pleas Court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.